tioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *Charles R. Pollard* for the United States.

No. 162. GAMBLE, RECEIVER, *v.* DARRAGH. October 14, 1929. Petition for writ-of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. P. A. Lasley* and *H. M. Trieber* for petitioner. *Messrs. Ashley Cockrill* and *H. M. Armistead* for respondent.

No. 163. MIMNAUGH *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Henry A. Cox* and *W. Marvin Smith* for the United States.

No. 166. RAMSEY ET AL. *v.* CITY OF OXFORD ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John J. Jones, B. R. Leydig,* and *K. M. Geddes* for petitioners. *Messrs. W. A. Ayres, Austin M. Cowan,* and *Chester I. Long* for respondents.

No. 168. LONG ET AL. *v.* AMERICAN RAILWAY EXPRESS Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Beeman Strong* and *Will E. Orgain* for petitioners. *Mr. Palmer Hutcheson* for respondent.